■ JAMES B. HANSEN et al., Appellants, v CAROUSEL CENTER COMPANY, L.P., et al., Respondents. (And a Third-Party Action.) [910 NYS2d 742]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered September 10, 2009 in a personal injury action. The order granted the motion of defendants for summary judgment dismissing the complaint and denied the cross motion of plaintiffs for partial summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Fahey, Peradotto, Lindley and Green, JJ.